IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00031-MSK-BNB

RITA NOVEY,

Plaintiff,

v.

HEARTLAND HOME FINANCE, INC.,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to File Second Amended Complaint** (docket entry no. 12) and **Plaintiff's Amended Motion to File Second Amended Complaint** (docket entry no. 14).

IT IS ORDERED that docket entry no. 12 is DENIED AS MOOT.

Pursuant to a telephone call from defense counsel to Chambers that they do not oppose the Amended Motion to File Second Amended Complaint,

IT IS FURTHER ORDERED that docket entry no. 14 is GRANTED and the Clerk of the Court is directed to accept Exhibit 1 to docket entry no. 14, which is the proposed Second Amended Complaint, for filing. Defendant has ten (10) days in which to file a responsive pleading.

DATED: April 11, 2006