IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00031-MSK-BNB

RITA NOVEY,

Plaintiff,

v.

HEARTLAND HOME FINANCE, INC.,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Unopposed Motion to Reopen Discovery** [Doc. # 47, filed 3/23/2007] (the "Motion").

Good cause having been shown, and in view of the fact that the Motion is unopposed,

IT IS ORDERED that the Motion is GRANTED.  Discovery is reopened to and including **May 21, 2007**, solely to allow the parties to take the deposition of Eric Zelt.

Dated April 2, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge