IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00031-MSK-BNB

RITA NOVEY,

        Plaintiff,

v.

HEARTLAND HOME FINANCE, INC.,

        Defendant.

---

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS OUTRAGEOUS CONDUCT CLAIM

---

THIS MATTER comes before the Court upon Plaintiff's Unopposed Motion to Dismiss Outrageous Conduct Claim **(#53).** The Court being advised in the foregoing,

**ORDERS** that the Motion **(#53) is GRANTED**. Plaintiff's Outrageous Conduct Claim is dismissed with prejudice.

Dated this 23rd day of May, 2007

**BY THE COURT:**

*/s/ Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge