IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00031-MSK-BNB

RITA NOVEY,

    Plaintiff,

v.

HEARTLAND HOME FINANCE, INC.,

    Defendant.

## ORDER GRANTING JOINT MOTION

BEFORE THE COURT is the parties' joint motion **(#63)** to amend the Final Pretrial Order to include corrected witness and exhibit lists. Upon the agreement of the parties, and to prevent manifest injustice,

**IT IS ORDERED** that the motion **(#63)** is **GRANTED**. Exhibits A and B to the Final Pretrial Order **(#62)** are amended, and substituted with Exhibits A and B to the motion **(#63)**.

Dated this 1st day of June, 2007

                         **BY THE COURT:**

                         Marcia S. Krieger
                         United States District Judge