IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00031-MSK-BNB

RITA NOVEY,

Plaintiff,

v.

HEARTLAND HOME FINANCE, INC.,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Unopposed Motion to Take Preservation Deposition for Trial Testimony of Edward Benko** [docket no. 67, filed June 28, 2007] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and plaintiff is allowed to take a deposition of Mr. Benko in order to preserve trial testimony.

DATED: June 29, 2007