IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00031-MSK-BNB

RITA NOVEY,

    Plaintiff,

v.

HEARTLAND HOME FINANCE, INC.,

    Defendant.

## ORDER VACATING TRIAL SETTING

**IT IS ORDERED** that:

Due to circumstances beyond the Court's control, the trial set in this matter for August 6, 2007 is vacated.

A law and motion hearing is set for **August 6, 2007 at 1:30 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address the resetting of trial. Counsel may appear at this hearing by telephone. To appear telephonically, counsel shall contact the Courtroom Deputy at **303-335-2185** no later than **August 3, 2006 at 3:00 p.m.** to make arrangements.

Dated this 1st day of August, 2007

                                                           **BY THE COURT:**

*[signature: Marcia S. Krieger]*

                                                    Marcia S. Krieger
                                                    United States District Judge