# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover  
Court Reporter:    Paul Zuckerman

Date: August 6, 2007

Civil Action No. 06-cv-00031-MSK-BNB

*Parties*:                                  *Counsel Appearing:*

RITA NOVEY,                                 Charlotte Sweeney

       Plaintiff,

v.

HEARTLAND HOME FINANCE, INC.,               David Carr (by telephone)  
                                           Sean Gallagher

       Defendant.

## COURTROOM MINUTES

HEARING:   Law and Motions - reset trial.

**1:37 p.m.   Court in session.**

Counsel for defendant, David Carr, appears by telephone

Oral findings are made of record and incorporated herein.

**ORDER:**   Trial is reset to **October 9, 2007** at **8:30 a.m.,** in Courtroom A901, 901 19th Street, Denver, Colorado. Counsel will appear at 8:00 a.m. for preliminary matters. All subpoenas issued are continued to the new trial date.

**ORDER:**   Defendant's Motion to Take Preservation Deposition **(Doc. #75)** is **GRANTED.**

**ORDER:**   Defendant shall provide witness Chapman's telephone number to plaintiff. Plaintiff shall provide witness Sprague's (sic) telephone number to defendant.

**1:52 p.m.   Court in recess.**

**Total Time:   15 minutes.**  
**Hearing concluded.**