IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00031-MSK-BNB

RITA NOVEY,

       Plaintiff,

v.

HEARTLAND HOME FINANCE, INC.,

       Defendant.

## ORDER DENYING JOINT MOTION FOR RULING

THIS MATTER comes before the Court on the parties' Joint Motion for Court's Ruling on Objections During Trial Deposition of Edward Benko **(#78)**. They ask the Court to rule prior to trial on objections made during Mr. Benko's videotaped deposition. Having considered the same,

**IT IS ORDERED** that the motion **(#78)** is **DENIED**. Such objections can be raised during trial and will be determined at that juncture. If an objection is sustained, counsel should be prepared to fast-forward the videotaped deposition to the next question. If the objection is overruled, the video can proceed.

Dated this 30th day of August, 2007

                                        **BY THE COURT:**

                                        *Marcia S. Krieger*
                                        Marcia S. Krieger
                                        United States District Judge