IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00031-MSK-BNB

RITA NOVEY,

    Plaintiff,

v.

HEARTLAND HOME FINANCE, INC.,

    Defendant.

**ORDER DENYING MOTIONS**

THIS MATTER comes before the Court on three motions: (1) the Defendant's Unopposed Motion for Leave to Take Preservation Deposition for Trial Testimony of Jeff Loturco **(#73)**; (2) the Plaintiff's Unopposed Motion to Designate Edward Benko as a Hostile Witness **(#77)**; and (3) the Plaintiff's Motion for Pretrial Determination of Public Policies Underlying Plaintiff's First and Second Claims for Relief **(#81)**. Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

The Defendant has moved for leave to take the deposition of Jeff Loturco prior to the trial set August 6, 2007, on the basis that Mr. Loturco was scheduled to be on vacation at that time. Because the trial was vacated and reset, and because the parties did not raise this motion at the hearing held August 6, the Court denies the motion, as abandoned and moot.

The Plaintiff moves to designate Edward Benko as a hostile witness pursuant to Fed. R. Evid. 611(c). However, no such motion is required. Therefore, the motion is denied. Because

the parties agree that Mr. Benko is a hostile witness, the Plaintiff may ask him leading questions on direct examination.

The Plaintiff moves for a pretrial determination as to what public policies are implicated in her first and second claims for relief. To the extent that she seeks a determination of law, this is untimely as pretrial dispositive motion. Whether the evidence presented at trial implicates one or more public policies is a matter which can be addressed during the trial.

**IT IS THEREFORE ORDERED** that the Defendant's Unopposed Motion for Leave to Take Preservation Deposition for Trial Testimony of Jeff Loturco **(#73)**, the Plaintiff's Unopposed Motion to Designate Edward Benko as a Hostile Witness **(#77)**, and the Plaintiff's Motion for Pretrial Determination of Public Policies Underlying Plaintiff's First and Second Claims for Relief **(#81)** are **DENIED**.

Dated this 21st day of September, 2007

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge