### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  
Court Reporter: Paul Zuckerman

Date: October 12, 2007

Civil Action No. 06-cv-00031-MSK-BNB

*Parties*:

*Counsel*:

RITA NOVEY,

Richard LaFond

       Plaintiff,

v.

HEARTLAND HOME FINANCE, INC.,

David Carr  
Sean Gallagher  
Paul Sweeney

       Defendant.

## COURTROOM MINUTES

HEARING: Jury Trial Day Four

**9:00 a.m.      Court in session**

All parties present. Don Flynn, company representative of defendant, is present.

Jury not present.

Counsel address matters with the Court.

9:12 a.m.      Jury present

Continued video deposition of witness Ann Chapman.

**Witness (previously sworn)  for the defendant Eric Zelt: :**
**9:22 a.m.      Direct examination by Mr. Carr.**

Cross examination of witness Eric Zelt by Mr. LaFond.

The defendant rests.

Jury excused.

**10:28 a.m.      Court in recess**
**10:42 a.m.      Court in session**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** The Court has reserved ruling on the Rule 50 motion with regard to the two wrongful discharge in violation of public policy claims and allows the ADEA claim to go to the jury, thereby denying the Rule 50 motion with regard to that claim.

**10:55 a.m.   Court in recess**
**11:05 a.m.   Court in session**

Charging conference.

**11:10 a.m.   Court in recess**
**11:35 a.m.   Court in session**

Charging conference continued.

**12:35 p.m.   Court in recess**
**1:48 p.m.    Court in session**

Charging conference continued.

Charging conference concluded.

1:59 p.m.     Jury present.

**Witness sworn for the plaintiff: Gary Salazar :**
**2:05 p.m.    Direct examination by Mr. LaFond.**

Evidence re-closed.

The Court instructs the jury.

Closing argument of plaintiff by Mr. LaFond.

Closing argument of defendant by Mr. Carr.

Rebuttal argument by Mr. LaFond.

Oath to the Marshal.

Jury excused to the deliberation room.

**3:46 p.m.    Court in recess**
**3:57 p.m.    Court in session**

4:08 p.m.     Jury present.

Additional closing argument by Mr. LaFond

Additional closing argument by Mr. Carr.

Additional rebuttal argument by Mr. LaFond.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

Jury excused to deliberate.

**4:16 p.m.      Court in recess**
**5:28 p.m.      Court in session**

Jury excused from deliberations for the day.  Deliberations will resume on Monday October 15, 2007.

**5:33 p.m.      Court in recess.**

**Total Time:   5 hours 8 minutes**
**Trial continued.**